THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROADWAY PARK PLACE COMPANY, Appellant, *v.* LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Broadway Park Place Co.* v. *Purdy,* 175 App. Div. 926, affirmed.

(Argued April 18, 1917; decided May 8, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 10, 1916, which affirmed an order of Special Term quashing a writ of certiorari. The proceeding was instituted to review an assessment on real property. The defendants moved at Special Term to quash the writ of certiorari on the grounds: That under section 21a of chapter 62 of the Laws of 1909 (Chapter 60 of the Consolidated Laws), added by chapter 117 of the Laws of 1911, the total assessment of the land with the buildings thereon only can be reviewed; that the said writ of certiorari herein directs a review solely of the assessed value of the land exclusive of the buildings thereon; that the petition upon which the said writ of certiorari was issued contains no allegation showing the total assessment of the land with the buildings thereon to be erroneous by reason of overvaluation or inequality; that the petition upon which the said writ of certiorari was issued is not in accordance with the procedure provided by article 13 of chapter 62 of the Laws of 1909 (Chapter 60 of the Consolidated Laws) and is not authorized by said chapter 62 of the Laws of 1909, in that said petition does not allege facts sufficient to show the relator to be entitled to any relief from the assessment complained of in the petition herein, by reason of illegality, overvaluation or inequality; that the said petition is not authorized by any other law or rule of court; that the said writ was inadvisedly granted; that the court was without jurisdiction in the premises.

*Paul Armitage* and *Charles E. F. McCann* for appellant.

*Lamar Hardy,* Corporation Counsel (*William H. King* and *Eugene Fay* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.